No. 91–7522. FRENCH ET AL. v. RUNDA ET AL. C. A. 6th Cir. Certiorari denied. 

No. 91–7523. GILL v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–7525. KLEIN v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 91–7527. BROWN v. BARR, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 91–7531. RICHARDSON v. HESSE, SUPERINTENDENT, CENTENNIAL CORRECTION FACILITY. Sup. Ct. Colo. Certiorari denied. 

No. 91–7539. ASHBURN v. NIX, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 91–7541. GRAY v. SILVA ET AL. C. A. 10th Cir. Certiorari denied. 

No. 91–7543. WASHINGTON v. ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 91–7544. SLOCUM v. THOMAS, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 91–7552. JOHNSON v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Mich. Certiorari denied.

No. 91–7556. FELIX v. BUNNELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7557. HURLBURT v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied. 

No. 91–7558. DILLON v. HOUSTON CHRONICLE PUBLISHING CO. C. A. 5th Cir. Certiorari denied. 

No. 91–7562. ZHOU v. CIARKOWSKI ET AL. C. A. 6th Cir. Certiorari denied. 

No. 91–7571. CARPENTER v. UNITED STATES. Ct. App. D. C. Certiorari denied.